**Order entered September 24, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00961-CV

### THE CITY OF DALLAS, Appellant

### V.

### WILLIAM CLINTON FREEMAN, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-00805-C**

## ORDER

Before the Court is appellant's September 20, 2018 unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 26, 2018. As this is an accelerated appeal, further extension requests will be disfavored.

/s/      DAVID EVANS
         JUSTICE